# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Foschio, Leslie G. | U.S. District - WDNY | 11/23/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge - Recall | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

2 Niagara Square
Room 724
Buffalo, NY 14202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Theodore Roosevelt Inaugural National Historic Site Foundation(Buffalo) (uncompensated) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foschio, Leslie G. | 11/23/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/20-12/20 | The Principal - Company Sponsored Pension | $8,040.00 |
| 2. 1/20-12/20 | NY State - Employee Retirement System - Vested Pension Plan | $7,533.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foschio, Leslie G. | 11/23/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Foschio, Leslie G.** | 11/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   TD Ameritrade - IRA | | | N | T | | | | | |
| 2.   -Advisor Inner Circle - CIPMX | A | Dividend | | | Sold | 03/12/20 | J | A | |
| 3.   -Eventide Gilead Fund | A | Dividend | | | Sold | 03/12/20 | J | A | |
| 4.   -Deere and Co | A | Dividend | | | Buy | 03/09/20 | J | | |
| 5.   | | | | | Sold | 10/23/20 | J | C | |
| 6.   -3m | A | Dividend | J | T | | | | | |
| 7.   -Alaska AirLines | A | Dividend | | | Buy | 03/09/20 | J | | |
| 8.   | | | | | Sold | 06/04/20 | J | A | |
| 9.   -Alphabet Inc | A | Dividend | J | T | | | | | |
| 10.   -Amarin | | None | J | T | | | | | |
| 11.   -Apple | A | Dividend | J | T | Sold (part) | 03/03/20 | J | D | |
| 12.   -Apollo Global | A | Dividend | J | T | Buy | 10/12/20 | J | | |
| 13.   -Archer Daniels Midland | A | Dividend | J | T | | | | | |
| 14.   -American Airlines | | None | | | Buy | 03/09/20 | J | | |
| 15.   | | | | | Sold | 03/26/20 | J | B | |
| 16.   -AT&T | A | Dividend | J | T | Buy | 03/09/20 | J | | |
| 17.   -At&T 5% Perf | A | Dividend | | | Sold | 03/03/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Foschio, Leslie G.** | 11/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   -Biogen | A | Distribution | J | T | Sold (part) | 04/07/20 | J | B | |
| 19.   -Beyond Meat | | None | J | T | Buy | 08/28/20 | J | | |
| 20.   -Blackrock Cap Allocation | A | Dividend | K | T | Buy | 09/25/20 | K | | |
| 21.   -Canopy Growth | | None | J | T | Buy | 08/28/20 | J | | |
| 22.   -Catepillar | A | Dividend | J | | Buy | 03/09/20 | J | | |
| 23. | | | | | Sold (part) | 10/23/20 | J | C | |
| 24.   -CenturyLink/Lumen Tech | A | Dividend | J | T | | | | | |
| 25.   -CVS | A | Dividend | J | T | | | | | |
| 26.   -Delta | | None | J | T | | | | | |
| 27.   -Dollar General | A | Dividend | J | T | Sold (part) | 03/03/20 | J | C | |
| 28. | | | | | Sold (part) | 03/13/20 | J | B | |
| 29.   -Dow Inc | A | Dividend | J | T | Buy | 03/09/20 | J | | |
| 30.   -Emergent Bio | | None | J | T | Buy | 11/25/20 | J | | |
| 31.   -Exxon Mobil | A | Dividend | J | T | Buy | 03/09/20 | J | | |
| 32.   -Fedex | A | Dividend | J | T | Buy | 03/09/20 | J | | |
| 33. | | | | | Sold (part) | 10/23/20 | J | C | |
| 34.   -Ford Motor | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foschio, Leslie G. | 11/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -General Mills | A | Dividend | J | T | | | | | |
| 36. -General Motors | A | Dividend | J | T | | | | | |
| 37. -Hanes Brand | A | Dividend | | | Buy | 05/13/20 | J | | |
| 38. | | | | | Sold | 10/12/20 | J | B | |
| 39. -Intercept Pharma | | None | J | T | | | | | |
| 40. -International Business Machines | A | Dividend | J | T | Buy | 10/12/20 | J | | |
| 41. -Ishares faln angels | A | Dividend | | | Sold | 01/23/20 | J | A | |
| 42. -IShares 0-5yr hi yl | A | Dividend | J | T | | | | | |
| 43. -SPDR Short etf | A | Dividend | | | Sold | 01/23/20 | J | A | |
| 44. -Jetblue | | None | J | T | Sold (part) | 06/05/20 | J | A | |
| 45. -Kar Auction Services | | None | K | T | Buy | 10/28/20 | J | | |
| 46. -Kellogg | A | Dividend | J | T | Sold (part) | 03/13/20 | J | A | |
| 47. -Kimberly Clark | A | Dividend | J | T | | | | | |
| 48. -Kraft Heinz | A | Dividend | J | T | Buy | 03/09/20 | J | | |
| 49. | | | | | Sold (part) | 03/26/20 | J | A | |
| 50. -Limited Brand | A | Dividend | | | Buy | 01/23/20 | J | | |
| 51. | | | | | Sold | 03/25/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Foschio, Leslie G.** | 11/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   -Lyft | | None | J | T | | | | | |
| 53.   -M&T Bank | A | Dividend | J | T | Buy | 05/13/20 | J | | |
| 54.   -Microsoft | A | Dividend | J | T | Sold<br>(part) | 03/03/20 | J | D | |
| 55.   -Moderna | | None | | | Buy | 06/25/20 | J | | |
| 56. | | | | | Sold | 11/12/20 | J | C | |
| 57.   -Morgan Stanley | A | Dividend | J | T | Buy | 05/13/20 | J | | |
| 58.   -Nantkwest | | None | J | T | Buy | 06/25/20 | J | | |
| 59.   -National Fuel Gas | A | Dividend | J | T | Buy | 05/13/20 | J | | |
| 60.   -Newell Brands | A | Dividend | | | Sold | 04/09/20 | J | A | |
| 61.   -Novavax | | None | J | T | Buy | 12/02/20 | J | | |
| 62.   -Ontrak Inc | A | Dividend | J | T | Buy | 08/21/20 | J | | |
| 63.   -Pepsi | A | Dividend | J | T | | | | | |
| 64.   -Pfizer | A | Dividend | J | T | Buy | 11/17/20 | J | | |
| 65.   -Plains All American Pipeline | A | Dividend | J | T | Buy | 01/23/20 | J | | |
| 66.   -Procter & Gamble | A | Dividend | J | T | Sold<br>(part) | 03/13/20 | J | A | |
| 67.   -Sirius | A | Dividend | | | Sold | 03/13/20 | J | A | |
| 68.   -Southwest | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Foschio, Leslie G.** | 11/23/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   -Starbucks | | None | | | Buy | 05/13/20 | J | | |
| 70. | | | | | Sold | 06/10/20 | J | A | |
| 71.   -Stericycle | A | Dividend | J | T | | | | | |
| 72.   -Tyson Foods | A | Dividend | J | T | | | | | |
| 73.   -Uber | | None | J | T | | | | | |
| 74.   -Unuited Airlines | | None | | | Buy | 03/09/20 | J | | |
| 75. | | | | | Sold | 06/04/20 | J | A | |
| 76.   -United Parcel Service | A | Dividend | | | Buy | 03/09/20 | J | | |
| 77. | | | | | Sold | 10/12/20 | J | D | |
| 78.   -Walmart | A | Dividend | J | T | Sold<br>(part) | 03/13/20 | J | B | |
| 79.   -Wells Fargo Pf WFCZL | A | Dividend | | | Buy | 01/13/20 | J | | |
| 80. | | | | | Sold | 03/16/20 | J | A | |
| 81.   -Anixter | A | Interest | | | Sold | 07/22/20 | J | A | |
| 82.   -Avenet Inc 12/01/21 | | None | | | Sold | 03/11/20 | J | A | |
| 83.   -Block Financial 11/01/22 Bond | A | Interest | J | T | | | | | |
| 84.   -Ford Motor 10/1/28 | A | Interest | J | T | | | | | |
| 85.   -Freeport-McMoran 11/14/21 Bond | A | Interest | | | Sold | 04/03/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foschio, Leslie G. | 11/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   -FS KKR 5/15/22 | A | Interest | J | T | | | | | |
| 87.   -General Electric 12/31/19 Bond | A | Interest | J | T | | | | | |
| 88.   -Goodyear 3/15/27 | A | Interest | J | T | | | | | |
| 89.   -International Game Tech | A | Interest | | | Sold | 06/15/20 | J | A | |
| 90.   -JP Morgan 12/31/2199 Bond 48127faa1 | A | Interest | J | T | | | | | |
| 91.   -Newell Brands 4/1/23 | A | Interest | | | Sold | 03/10/20 | J | A | |
| 92.   -Novavax | | None | | | Buy | 11/17/20 | J | | |
| 93.   | | | | | Sold | 11/30/20 | J | C | |
| 94.   -Petrobras Glbl 1/17/22 | A | Interest | | | Sold | 03/10/20 | J | A | |
| 95.   -Petrobras Glbl 02/23/18 | A | Interest | | | Sold | 03/10/20 | J | A | |
| 96.   -Leidos (formaly SAIC) 12/1/20 | A | Interest | | | Sold | 03/10/20 | J | A | |
| 97.   -Signet UK 6/15/24 | A | Interest | J | T | | | | | |
| 98.   -Teva Pharma 10/01/26 | A | Interest | J | T | | | | | |
| 99.   -The ADT Corp 10/15/21 Bonds | A | Interest | | | Sold | 03/10/20 | J | A | |
| 100.  -Toyota 12/29/20 | A | Interest | | | Sold | 03/10/20 | J | A | |
| 101.  -Transocean 11/15/20 Bonds | A | Interest | | | Redeemed | 11/15/20 | J | A | |
| 102.  -Tupperware 6/1/21 | A | Interest | | | Redeemed | 12/30/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Foschio, Leslie G.** | 11/23/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  -Under Armour 6/15/26 | A | Interest | J | T | | | | | |
| 104.  -Valley National Bank 09/27/23 | A | Interest | J | T | | | | | |
| 105.  -Wyndham 3/1/22 | A | Interest | J | T | | | | | |
| 106.  -Wyndham 3/1/23 | A | Interest | J | T | | | | | |
| 107.  -Xerox 3/17/22 | A | Interest | J | T | | | | | |
| 108. | | | | | | | | | |
| 109.  First Great West Life Insurance - Whole Life | A | Dividend | M | T | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |
| 117. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>   (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>   (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>   (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foschio, Leslie G. | 11/23/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Foschio, Leslie G. | 11/23/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leslie G. Foschio**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544